UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER WATSON,

     Plaintiff,

vs.                           CASE NO: 8:22-cv-2813-CEH-SPF

USAA GENERAL INDEMNITY COMPANY,
a foreign corporation,

     Defendant.

_____/

**ORDER**

     Before the Court is Defendant's Agreed Motion for Examination (Doc. 37) of Plaintiff. While not specified, the Court construes the motion as seeking relief pursuant to Rule 35, Federal Rules of Civil Procedure.  Defendant's motion sets forth the time, place, manner, conditions, and scope of Plaintiff's physical examination, establishes that the examination will be performed by a suitably licensed or certified examiner, and otherwise complies with Rule 35(a).

     Upon consideration, Defendant's Agreed Motion for Examination (Doc. 37) is **GRANTED**.  Plaintiff's physical examination may proceed at the time and place, in the manner, and under the conditions and scope specified in the motion (*Id.*).

     **ORDERED** in Tampa, Florida, on January 22, 2024.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE